**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00763-PAB-SKC

ELECTRO-MECHANICAL PRODUCTS, INC., a Colorado corporation,
DAVID P. MORRIS, an individual, and
DAVID J. WOLENSKI, an individual,

      Plaintiffs,

v.

ALAN LUPTON ASSOCIATES INC., a New York corporation, and
ALAN LUPTON II, an individual,

      Defendants.

---

**JOINT MOTION FOR EXTENSION OF DEADLINE TO SUBMIT**
**F.R.C.P. 26(A)(2) EXPERT WITNESS DISCLOSURES**
**AND RULE 702 MOTIONS**

---

Plaintiffs Electro-Mechanical Products, Inc., David P. Morris, and David J. Wolenski, and Defendants Alan Lupton Associates, Inc. and Alan Lupton II (collectively, "the Parties"), by and through their respective undersigned counsel, submit their Joint Motion for Extension of Time to Submit F.R.C.P. 26(a)(2) Expert Witness Disclosures and Rule 702 Motions. In support thereof, the parties state as follows:

**DUTY TO CONFER**

Pursuant to D.C.Colo.LCivR 7.1, counsel for both parties conferred and have mutually determined alternative dates for expert witness designations and any Rule 702 Motions for the Court's consideration.

## MOTION

1. Pursuant to the Scheduling Order entered by the Court on July 6, 2022 [Doc No. 29], the following dates are the current deadlines governing Fed. R. Civ. P. Rule 26(a)(2) expert witness designations and Rule 702 motions challenging any designated expert(s):

    (a) December 1, 2022 is the deadline for the parties to designate all experts and provide opposing counsel with all information pursuant to Fed. R. Civ. P. Rule 26(a)(2).

    (b) February 7, 2023 is the deadline for the parties to designate all rebuttal experts and provide opposing counsel with all information pursuant to Fed. R. Civ. P. Rule 26(a)(2).

    (c) March 9, 2023 is the deadline to file any Fed. R. Civ. P. Rule 702 motions challenging any designated experts.

    (d) Expert Discovery closes on April 17, 2023.

2. The Parties are in the process of exchanging large volumes of documents in discovery and scheduling several depositions.

3. The Parties agree that additional time is necessary in order for prospective experts to consider the disclosed documents and deposition testimony prior to disclosure of reports. This constitutes good cause for extending the timeframe for expert disclosures and Rule 702 motions.

4. The Parties respectfully request that the Court approve the following amended deadlines:

(a) The deadline for the Parties to designate all experts and provide opposing counsel with all information pursuant to Fed. R. Civ. P. Rule 26(a)(2) shall be February 15, 2023.

(b) The deadline for the Parties to designate all rebuttal experts and provide opposing counsel with all information pursuant to Fed. R. Civ. P. Rule 26(a)(2) shall be March 31, 2023.

(c) The deadline for the Parties to file any motions challenging any designated experts Fed. R. Civ. P. Rule 702 shall be April 28, 2023.

(d) Expert discovery closes May 26, 2023.

5. Trial has not yet been set in this matter.  Further, because the Parties have mutually agreed with the proposed alternate schedule, neither party will be prejudiced by the relief requested in their Motion.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request the Court grant their Joint Motion and amend the Scheduling Order as follows:

1. February 15, 2023 – deadline to designate all experts under Fed. R. Civ. P. Rule 26(a)(2).

2. March 31, 2023 - deadline to designate all rebuttal experts under Fed. R. Civ. P. Rule 26(a)(2).

3. April 28, 2023 – deadline to file any Fed. R. Civ. Rule 702 motions challenging any expert designation.

4. May 26, 2023 - expert witness discovery cut-off.

Respectfully submitted this 22nd day of November, 2022.

**ROBINSON WATERS & O'DORISIO, P.C.**

*/s/ Anthony L. Leffert*
Anthony L. Leffert, #12375
1099 18th Street, Suite 2600
Denver, CO 80202
(303) 297-2600
aleffert@rwolaw.com


**MOYE WHITE LLP**

*/s/ Jennifer Knight Lang*
William F. Jones, #35294
Jennifer Knight Lang, #50034
16 Market Square, 6th Floor
1400 16th Street
Denver, CO 80202-1486
Telephone: (303) 292-2900
billy.jones@moyewhite.com
jennifer.lang@moyewhite.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Anthony L. Leffert
Robinson Waters & O'Dorisio PC
1099 18th Street
Granite Tower
Suite 2600
Denver, CO 80202-1937
aleffert@rwolaw.com
*Attorneys for Plaintiffs*

                                               */s/   Jennifer Knight Lang*