# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00763-PAB-SBP

ELECTRO-MECHANICAL PRODUCTS, INC., a Colorado corporation,
DAVID P. MORRIS, an individual, and
DAVID J. WOLENSKI, an individual,

    Plaintiffs,

v.

ALAN LUPTON ASSOCIATES INC., a New York corporation,

    Defendant.

## DECLARATION OF COLIN WARD

I, COLIN WARD, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth below and, if called upon to do so, could and would competently testify thereto.

2. I joined Viasat, Inc.'s legal department in 2016, and currently serve as Vice President and Chief Litigation Counsel for Viasat, Inc. Prior to joining Viasat, I clerked for the Honorable Milan D. Smith of the United States Court of Appeal for the Ninth Circuit and the Honorable Edward M. Chen of the United States District Court for the Northern District of California. I am familiar with the matters set forth in this Declaration and make this Declaration in support of Non-Party Viasat Services Holding Company's Response to Plaintiffs' Motion to Compel (ECF No. 44, Modified by ECF No. 93).

—1—

3. On March 20, 2023, a process server delivered a subpoena, signed by counsel for Plaintiffs and addressed to Viasat Services Holding Company, to the front desk receptionist at 349 Inverness Drive South, Englewood, Colorado, 80112.

4. Viasat Services Holding Company is a subsidiary of Viasat, Inc.





7. Viasat Services Holding Company manufactures no products and has no contracts with, or other ties to, Alan Lupton Associates, PGM, C & M, Benchmark, or any other person or entity involved in the activities described in the subpoena.

8. Viasat Services Holding Company has no documents or other information related to the requests in Plaintiffs' subpoena within its possession, custody, or control.

9. Viasat Services Holding Company does not have the right or ability to obtain confidential business records from Viasat, Inc. in the normal course of business.

10. Viasat, Inc. maintains strict non-disclosure agreements with its manufacturing partners and suppliers who receive access to Viasat, Inc.'s proprietary design and manufacturing specifications in the normal course of business. Viasat, Inc. has such agreements in place with Alan Lupton & Associates, PGM, Benchmark, and others.

11. Viasat, Inc. has strict confidentiality agreements in place with its government partners that restrict the dissemination of information about these programs, including design and manufacturing specifications.

12. Before producing technical drawings related to Viasat's military and other programs, Viasat would need to provide notice to the government and other third parties so that these parties could choose whether or not to exercise their own confidentiality rights. For instance, Viasat would need to contact the VIP Special Airlift Mission (VIPSAM) Program Office before producing technical diagrams of parts utilized on Air Force One. Similarly, a number of the parts used in battlefield radios no longer belong to Viasat, Inc. On January 3, 2023, Viasat, Inc. sold its Tactical Data Links (TDL) business to another major defense contractor, L3Harris Corporation. L3Harris now owns all of the rights (proprietary and otherwise) to the parts at issue here that support Viasat's former TDL business.

*[signature page follows]*

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2023.

*Colin Ward*
Colin Ward

—4—