IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00763-PAB-SBP

ELECTRO-MECHANICAL PRODUCTS, INC.,
DAVID P. MORRIS, and
DAVID J. WOLENSKI,

    Plaintiffs,

v.

ALAN LUPTON ASSOCIATES INC.,

    Defendant.

---

### RECOMMENDATION TO GRANT UNOPPOSED MOTION TO DISMISS PLAINTIFFS DAVID P. MORRIS AND DAVID J. WOLENSKI

---

This matter is before this court on the unopposed motion of Plaintiffs David P. Morris and David J. Wolenski to be dismissed. ECF No. 140. The undersigned Magistrate Judge considers the motion pursuant to 28 U.S.C. § 636(b)(1)(A) and the Memorandum dated October 12, 2023. ECF No. 141. *See also* Order Referring Case, ECF No. 14. For the reasons that follow, the court RECOMMENDS granting the motion.

Messrs. Morris and Wolenski filed their motion pursuant to Federal Rule of Civil Procedure 41(a)(2), which provides that after a defendant has answered or moved for summary judgment, "an action may be dismissed at the plaintiff's request only by court order."[1] Because

---

[1] There appears to be uncertainty "in the Tenth Circuit whether Fed. R. Civ. P. 21 or 41 applies to the dismissal of a party from an action involving more than one" plaintiff. *Faircloth v. Hickenlooper*, No. 16-cv-02929-RM-STV, 2017 WL 11490030, at *1 n.1 (D. Colo. July 19, 2017) (noting uncertainty which rule applies when a plaintiff dismisses less than all defendants).

Defendant Alan Lupton Associates, Inc. has answered, a court order is required.

For the reasons stated in the motion, the court RECOMMENDS granting the motion and dismissing Messrs. Morris and Wolenski from this case.

DATED:  October 16, 2023				BY THE COURT:

_____
Susan Prose
United States Magistrate Judge

---

However, "[i]n most instances, such as the unopposed [m]otion at issue here . . . 'it is immaterial whether [the Court] acts under Rule 21 or Rule 41.'" *Id.*