# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00763-PAB-SKC

ELECTRO-MECHANICAL PRODUCTS, INC., a Colorado corporation,
DAVID P. MORRIS, an individual, and
DAVID J. WOLENSKI, an individual,

       Plaintiffs,

v.

ALAN LUPTON ASSOCIATES INC., a New York corporation, and
ALAN LUPTON II, an individual,

       Defendants.

## LUPTON'S RESPONSES TO PLAINTIFFS' SECOND SET OF DISCOVERY TO ALAN LUPTON ASSOCIATES INC. AND ALAN LUPTON II

Pursuant to Federal Rule of Civil Procedure 34, Defendants Alan Lupton Associates Inc. and Alan Lupton II (collectively "Lupton") hereby submits its responses and objections to Plaintiffs' Second Set of Discovery Requests to Defendants Alan Lupton Associates Inc. and Alan Lupton II, and states as follows:

### GENERAL OBJECTIONS

Lupton objects to these Discovery Requests to the extent they seek information protected by the attorney-client privilege, the work product doctrine, or any other privilege or protection. Lupton does not waive any such privileges and protections and intends to fully preserve them. Lupton will supplement his responses with a privilege log as required.

In responding, Lupton does not waive or intend to waive, but rather intends to fully preserve and hereby does preserve: (1) all objections as to competency, relevancy, admissibility, materiality, etc., as to each and every Discovery Request and response provided thereto; (2) all rights to object on any grounds to the use of any of the responses provided herein in any proceeding, motion, hearing, or trial; (3) all rights to object to additional discovery pertaining to the requests and the subject matter of the requests herein.

Lupton responds to these Discovery Requests based on information currently known and

1

available to it. Investigation for additional information is ongoing. Consequently, Lupton reserves the right to amend, supplement, or even withdraw the answers and responses provided herein as additional information becomes known and available.

### RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

14. Produce, in native form, whether written or electronic including any attachments, all handwritten notes taken by Alan Lupton Jr. regarding EMP.

**RESPONSE: Lupton objects to RFP No. 14 to the extent that it seeks information protected by the attorney-client or work-product doctrine. Subject to, and without waiving the foregoing general and specific objections, Lupton states as follows:  See ALA_102854; ALA_102873.**

15. Produce, in native form, whether written or electronic including any attachments, all tape recordings, including transcriptions, taken by Alan Lupton Jr. regarding EMP.

**RESPONSE: Lupton objects to RFP No. 15 to the extent that it seeks information protected by the attorney-client or work-product doctrine. Subject to, and without waiving the foregoing general and specific objections, Lupton states as follows: See ALA_102855-ALA_102872.**

16. Produce, in native form, whether written or electronic including any attachments, all sales budgets/sales quotas for 2018, 2019, 2020, 2021, and 2022 including target quotas for sales representatives and principals.

**RESPONSE:  Lupton objects to RFP No. 16 as vague and ambiguous because it does not define the terms "sale budgets," "sale quotas," or "target quotas." Subject to, and without waiving the foregoing general and specific objections, Lupton states as follows: See ALA_102874-ALA_102916.**

17. Produce, in native form, whether written or electronic including any attachments, all copies of all communications, requests for quotes and invoices regarding sales made to Viasat by C&M Precision Tech and PGM Corp.

**RESPONSE:  Lupton objects to RFP No. 17 on the grounds that Lupton is subject to confidentiality and non-disclosure obligations under an agreement with Viasat.  Lupton will alert Viasat to this request pursuant to its agreement and legal obligations.**

DATED:  March 1, 2023.

Respectfully submitted,

**MOYE WHITE LLP**

*/s/   William F. Jones*

William F. Jones (#35294)
Jennifer Knight Lang (#50034)
Patrick R. Akers (#54803)
MOYE WHITE LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, CO 80202-1486
Telephone: (303) 292-2900
E-mail: billy.jones@moyewhite.com
E-mail: jennifer.lang@moyewhite.com
E-mail: patrick.akers@moyewhite.com

*Attorneys for Defendants*

3

# CERTIFICATE OF SERVICE

I hereby certify that on  March 1, 2023, a true and correct copy of the foregoing was delivered via e-mail addressed to the following:

Anthony L. Leffert
Robinson Waters & O'Dorisio PC
1099 18th Street
Granite Tower
Suite 2600
Denver, CO 80202-1937
aleffert@rwolaw.com

*Attorneys for Plaintiffs*

                                                      */s/ Roxie Leff*